BECKER, Respondent, v. OHIO GERMAN FIRE INS. CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 6, 1909.) Action by Frances A. Becker against the Ohio German Fire Insurance Company, impleaded with others. No opinion. Judgment and order affirmed, with costs.

In re BEDFORD. (Supreme Court, Appellate Division, First Department. December 18, 1908.) In the matter of H. Amelia Bedford. No opinion. Motion denied, with $10 costs. Order filed.

BEERS et al., Appellants, v. TURNER et al., Respondents. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by John W. Beers and another against George G. Turner and others. E. F. Harding, for appellants. F. Bien, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BELESKY, Respondent, v. SIMANOWITCH, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Andrew Belesky against William Simanowitch. No opinion. Judgment of the Municipal Court affirmed, with costs.

BELL, Respondent, v. FOX et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by William Bell against Annie Fox and another. No opinion. Motion for reargument denied, with costs. For former opinion, see 113 N. Y. Supp. 231.

BELL, Respondent, v. GILBERT, Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Richard M. Bell against Abel H. Gilbert, impleaded with others. No opinion. Judgment affirmed, with costs.

BELLFORT, Respondent, v. LITCHFIELD et al., Appellants. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by Ettie Bellfort against Edward H. Litchfield and another. W. A. Jones, for appellants. N. Smith, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BENEDICT, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Julian Benedict against Robert S. Smith. F. Pierce, for appellant. R. L. Stanton, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BERGEN, Appellant, v. BROOKLYN REALTY TRADING CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Jerome L. Bergen against the Brooklyn Realty Trading Company. No opinion. Judgment and orders unanimously affirmed, with costs.

BERGEN, Appellant, v. MIDWOOD PARK CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Jerome L. Bergen against the Midwood Park Company. No opinion. Judgment and orders unanimously affirmed, with costs.

BERGER, Respondent, v. SUSSMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Samuel Berger against Adolph Sussman and another. No opinion. Order affirmed, with costs.

BEYER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Estelle Beyer, as administratrix, against the New York Central & Hudson River Railroad Company. R. A. Kutschbook, for appellant. F. H. Curry, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, on the ground that there is no proof of negligence on the part of the defendant, and that the evidence as to the presence of gas in the water tank is purely speculative. Order filed.

BIEBER, Appellant, v. GOLDBERG et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Gerson Bieber against Lewis Goldberg and others. No opinion. Order of the County Court of Kings county affirmed, with $10 costs and disbursements, and motion granted, with costs.

BIEHL, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 15, 1909.) Action by Joseph Biehl against the Erie Railroad Company. No opinion. Order affirmed on argument, with $10 costs and disbursements.

BLAKE, Appellant, v. SHOEMAKER, Respondent. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by John B. Blake against Emma Shoemaker. PER CURIAM. Order affirmed, with $10 costs and disbursements. SMITH, P. J., dissents.

BLUMENKROHN, Respondent, v. DAYTON WILE CO., Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by Sol Blumenkrohn against the Dayton Wile Company. H. C. Wiley, for appellant. F. Mellor, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re BOARD OF RAPID TRANSIT. (Supreme Court, Appellate Division, First Department. December 31, 1908.) In the matter of the Board of Rapid Transit. No opinion. Motion granted. Settle order on notice.